# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gloria Griffin,

    Plaintiff(s),

vs.

Michael Astrue,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08CV41

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2007 Order.

March 31, 2009

FRANK G. JOHNS, CLERK

BY: /s/_____

Candace Cochran, Deputy Clerk